O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEHEMIAH KONG, | CV 18-01969 RSWL-AGR |
| Plaintiff, | **Order re: *Ex Parte* Request for Additional Time to Serve Defendant** [14] |
| v. | |
| CEDAR KNOLL LLC, a California Limited Liability Company; DENNIS G. LEVINE; and DOES, 1-10, | |
| Defendants. | |

Currently before the Court is Plaintiff Nehemiah Kong's ("Plaintiff") *Ex Parte* Request for Additional Time to Serve Defendant ("Application") [14]. Having reviewed all papers submitted pertaining to this Application, the Court **NOW FINDS AND RULES AS FOLLOWS:** the Court **GRANTS** Plaintiff's Application.

1

## I. DISCUSSION

Since filing the Complaint on March 9, 2018, Plaintiff has been unsuccessful in serving Defendant Cedar Knoll LLC ("Defendant"). Plaintiff therefore seeks to extend the ninety-day deadline for service. Federal Rule of Civil Procedure 4(m) requires courts to extend this deadline if the plaintiff shows good cause. <u>Mann v. Am. Airlines</u>, 324 F.3d 1088, 1090 n.2 (9th Cir. 2003).

Plaintiff has continuously attempted to serve Defendant through its registered agent for service of process. Decl. of Dennis Price ¶¶ 3-4, Exs. 2-3, ECF Nos. 14:2-4. Plaintiff further sent a Notice and Acknowledgment to Defendant's agent to resolve the service issue. <u>Id.</u> ¶ 4. As Plaintiff has diligently attempted to serve Defendant, good cause exists to extend the service deadline.

## II. CONCLUSION

Based on the foregoing, the Court **GRANTS** Plaintiff's Application. The Court **ORDERS** that Plaintiff shall have a forty-five-day enlargement of time from the date of this Order within which to serve Defendant with the Summons and Complaint.

**IT IS SO ORDERED.**

DATED: July 10, 2018         s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge